# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    EBONY L. DENDY,

        Debtor

_____

Nationastar Mortgage LLC dba Mr. Cooper,

        Movant

        v.

EBONY L. DENDY, and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Case #: 18-24887-GLT

Chapter 13

Related Doc: 63
Related claim: 11

## CERTIFICATE OF SERVICE
## OF DECLARATION RE: NOTICE OF PAYMENT CHANGE

        I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 13th day of December 2021 I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #11), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.  
Suite 3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Maria D. Miksich, Esq.  
KML Law Group PC  
701 Market Street Suite 5000  
Philadelphia, PA 19106  

Respectfully submitted,

/s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: December 13, 2021