

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1824887

DEBTOR(S):

EBONY L DENDY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 13 IN THE AMOUNT OF $1,845.85

CREDITOR'S SIGNATURE:

/s/Lorel Thompson

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/13/2023