WESTERN DISTRICT OF PENNSYLVANIA

IN RE:    EBONY L DENDY

Chapter 13
Case Number: 18-24887

# WITHDRAWAL OF PROOF OF CLAIM

Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 02/22/2019, marked as claim number 9 on the court's claims register, for the account number ending in 0001, and in the amount of $130.93.

Dated: 12/13/2023

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 6705969Withdraw

0001