Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ebony L Dendy** | : | Case No. 18−24887−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 79 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/1/24 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this ***The 27th of February, 2024***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 79 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

      (1)  ***On or before April 11, 2024***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***May 1, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-24887-GLT

Ebony L Dendy                                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Feb 27, 2024      Form ID: 604      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony L Dendy, 117 Lincoln Avenue, North Versailles, PA 15137-1854 |
| 14968863 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15000121 | + | PRIMELENDING, A PLAINSCAPITAL COMPANY, CENLAR FSB, Attention: BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14968865 | + | Primelending,a Plns Ca, 18111 Preston Rd, Dallas, TX 75252-5470 |
| 15045403 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 00:49:14 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 00:49:04 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15000468 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:34:35 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14968858 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 01:00:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14968860 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 28 2024 00:50:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14977034 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 00:50:08 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14991115 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 00:34:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14997342 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:50:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:14:32 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14968861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:50:08 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14968862 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15002697 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 28 2024 00:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14968864 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2024 00:36:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |

Case 18-24887-GLT   Doc 82   Filed 02/29/24   Entered 03/01/24 00:32:37   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 604 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15160144 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:34:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15000892 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:34:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15412157 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:37:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15001968 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:50:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969255 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:35:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14977107 | + | Email/Text: ebnpeoples@grblaw.com | Feb 28 2024 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14998396 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15004828 | + | Email/Text: bncmail@w-legal.com | Feb 28 2024 00:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14968866 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:13 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14968867 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:27 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996091 | | Email/Text: BNCnotices@dcmservices.com | Feb 28 2024 00:37:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14996092 | | Email/Text: BNCnotices@dcmservices.com | Feb 28 2024 00:37:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15573893 | + | Email/Text: EBN@edfinancial.com | Feb 28 2024 00:36:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15658236 | | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 00:48:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14998211 | | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 00:49:34 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PRIMELENDING, A PLAINSCAPITAL COMPANY |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14968859 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: 604 | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

**Name**  **Email Address**

Christian M Rieger
on behalf of Debtor Ebony L Dendy criegerlaw@gmail.com

Christopher A. DeNardo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Daniel Philip Jones
on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon
on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY pawb@fedphe.com

TOTAL: 10