**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> EBONY L DENDY <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:18-24887 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/24/2018 and confirmed on 2/8/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 117,290.51 |
| Less Refunds to Debtor | 2,429.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 114,861.08 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,450.00 | |
|   Trustee Fee | 5,389.83 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,839.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 68,937.95 | 0.00 | 68,937.95 |
|     Acct: 4702 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 6,818.07 | 6,818.07 | 0.00 | 6,818.07 |
|     Acct: 4702 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 25,035.89 | 25,035.89 | 3,760.88 | 28,796.77 |
|     Acct: 5640 | | | | |
| | | | | 104,552.79 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EBONY L DENDY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EBONY L DENDY | 2,429.43 | 2,429.43 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTIAN M RIEGER ESQ** | 2,450.00 | 2,450.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 311.56 | 5.19 | 0.00 | 5.19 |
|     Acct: 5952 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 548.87 | 9.14 | 0.00 | 9.14 |
|     Acct: 9278 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,707.98 | 61.74 | 0.00 | 61.74 |
|     Acct: 5177 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,112.97 | 18.53 | 0.00 | 18.53 |
|     Acct: 8107 | | | | |
|   CITIBANK NA** | 509.56 | 8.48 | 0.00 | 8.48 |
|     Acct: 1162 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 387.44 | 6.45 | 0.00 | 6.45 |
|     Acct: 6634 | | | | |
|   US DEPARTMENT OF EDUCATION | 135,628.75 | 2,258.22 | 0.00 | 2,258.22 |
|     Acct: 0080 | | | | |
|   CAPITAL ONE NA** | 624.46 | 10.40 | 0.00 | 10.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9782 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 370.29 | 6.17 | 0.00 | 6.17 |
| Acct: 0502 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 292.51 | 4.87 | 0.00 | 4.87 |
| Acct: 3445 | | | | |
| UPMC HEALTH SERVICES | 942.96 | 15.70 | 0.00 | 15.70 |
| Acct: 0080 | | | | |
| UPMC PHYSICIAN SERVICES | 1,705.53 | 28.40 | 0.00 | 28.40 |
| Acct: 0080 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 885.09 | 14.74 | 0.00 | 14.74 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ASHLEY FUNDING SVCS LLC | 28.64 | 0.48 | 0.00 | 0.48 |
| Acct: 1170 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2407 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 130.70 | 2.18 | 0.00 | 2.18 |
| Acct: 2979 | | | | |
| LVNV FUNDING LLC | 1,067.29 | 17.77 | 0.00 | 17.77 |
| Acct: 4535 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0502 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,468.46 |

TOTAL PAID TO CREDITORS                                                             107,021.25

TOTAL CLAIMED
PRIORITY              0.00
SECURED          31,853.96
UNSECURED       148,254.60

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    EBONY L DENDY

        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:18-24887

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24887-GLT |
| Ebony L Dendy | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony L Dendy, 117 Lincoln Avenue, North Versailles, PA 15137-1854 |
| 14968863 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15000121 | + | PRIMELENDING, A PLAINSCAPITAL COMPANY, CENLAR FSB, Attention: BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14968865 | + | Primelending,a Plns Ca, 18111 Preston Rd, Dallas, TX 75252-5470 |
| 15045403 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 00:34:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 00:34:35 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15000468 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:35:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14968858 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 01:00:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14968860 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 28 2024 00:49:04 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14977034 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2024 01:15:44 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14991115 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 01:16:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14997342 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 00:49:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:35:24 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14968861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:06 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14968862 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:37:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15002697 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 28 2024 00:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14968864 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2024 00:36:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15160144 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:35:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15000892 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:35:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15412157 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2024 00:37:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15001968 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:35:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969255 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2024 00:34:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14977107 | + | Email/Text: ebnpeoples@grblaw.com | Feb 28 2024 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14998396 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2024 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15004828 | + | Email/Text: bncmail@w-legal.com | Feb 28 2024 00:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14968866 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:49:11 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14968867 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 00:34:29 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996091 | | Email/Text: BNCnotices@dcmservices.com | Feb 28 2024 00:37:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14996092 | | Email/Text: BNCnotices@dcmservices.com | Feb 28 2024 00:37:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15573893 | + | Email/Text: EBN@edfinancial.com | Feb 28 2024 00:36:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15658236 | | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 01:02:06 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14998211 | | Email/PDF: ebn_ais@aisinfo.com | Feb 28 2024 00:34:35 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PRIMELENDING, A PLAINSCAPITAL COMPANY |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14968859 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Feb 27, 2024 Form ID: pdf900 Total Noticed: 33

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Ebony L Dendy criegerlaw@gmail.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Daniel Philip Jones | on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY pawb@fedphe.com |

TOTAL: 10