IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/16/24 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
EBONY L DENDY

Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　vs.
No Repondents.

Case No.:18-24887

Chapter 13

Related to Docket No. 79

ORDER OF COURT

AND NOW, this __ 16th Day of April, 2024 __, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

Case 18-24887-GLT  Doc 90  Filed 04/18/24  Entered 04/19/24 00:30:28  Desc Imaged
Certificate of Notice  Page 2 of 4

# United States Bankruptcy Court
## Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24887-GLT |
| Ebony L Dendy | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Apr 16, 2024  Form ID: pdf900  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony L Dendy, 117 Lincoln Avenue, North Versailles, PA 15137-1854 |
| 14968863 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15000121 | + | PRIMELENDING, A PLAINSCAPITAL COMPANY, CENLAR FSB, Attention: BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14968865 | + | Primelending,a Plns Ca, 18111 Preston Rd, Dallas, TX 75252-5470 |
| 15045403 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2024 23:59:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2024 00:15:04 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15000468 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 23:59:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14968858 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2024 00:26:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14968860 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 17 2024 00:00:14 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14977034 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2024 00:14:14 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14991115 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 23:59:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14997342 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2024 00:00:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15003114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:35 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14968861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 23:59:11 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14968862 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 23:51:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15002697 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 16 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14968864 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 16 2024 23:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |

Case 18-24887-GLT   Doc 90   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15160144 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 23:59:02 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15000892 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 23:59:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15412157 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2024 23:51:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15001968 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14969255 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2024 00:01:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14977107 | + | Email/Text: ebnpeoples@grblaw.com | Apr 16 2024 23:51:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14998396 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15004828 | + | Email/Text: bncmail@w-legal.com | Apr 16 2024 23:52:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14968866 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 23:59:39 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14968867 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2024 00:00:21 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996091 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2024 23:51:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14996092 | | Email/Text: BNCnotices@dcmservices.com | Apr 16 2024 23:51:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15573893 | + | Email/Text: EBN@edfinancial.com | Apr 16 2024 23:51:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15658236 | | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2024 23:59:33 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14998211 | | Email/PDF: ebn_ais@aisinfo.com | Apr 16 2024 23:59:11 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PRIMELENDING, A PLAINSCAPITAL COMPANY |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14968859 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 18-24887-GLT   Doc 90   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2024                Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

**Name**     **Email Address**

Christian M Rieger
  on behalf of Debtor Ebony L Dendy criegerlaw@gmail.com

Christopher A. DeNardo
  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Daniel Philip Jones
  on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon
  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
  on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
  on behalf of Creditor PRIMELENDING  A PLAINSCAPITAL COMPANY pawb@fedphe.com

TOTAL: 10