**Fill in this information to identify the case:**

Debtor 1     Ebony L Dendy

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Western District of Pennsylvania
(State)

Case number    18-24887-GLT

---

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** PrimeLending, A PlainsCapital Company c/o Cenlar FSB | **Court claim no.** (if known): 11 |
| **Last 4 digits** of any number you use to identify the debtor's account: 1839 | **Date of payment change:** Must be at least 21 days after date of this notice — 01/01/2021 |
| | **New total payment:** $ 1,113.41  Principal, interest, and escrow, if any |

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

**Current escrow payment:**     $ 484.76    **New escrow payment:**     $ 489.57

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

**Current interest rate**     _____%        **New interest rate:**     _____%

**Current principal and interest payment:** $ _____   **New principal and interest payment:** $_____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
Reason for change: _____

**Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

---

| Debtor 1 | Ebony L Dendy | | | Case number (*if known*) 18-24887-GLT |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐  I am the creditor.

☒  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Daniel P. Jones
Signature

Date  November 27, 2020

Print:  Daniel P. Jones, Bar ID# 321876
        First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company   Stern & Eisenberg, P.C.

Address   1581 Main Street, Suite 200 The Shops at Valley Square
          Number        Street

          Warrington, PA 18976
          City                            State      ZIP Code

Contact phone  215-572-8111        Email  djones@sterneisenberg.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Payment Change was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

DATE:   November 27, 2020

| | |
|---|---|
| Christian M Rieger<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203<br>criegerlaw@gmail.com<br>**Counsel for Debtor** | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com<br>**Bankruptcy Trustee** |

U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Ebony L Dendy
117 Lincoln Avenue
North Versailles, PA 15137-1854
**Debtor(s)**

                                          /s/ Daniel P. Jones
                                  By: Daniel P. Jones, Bar No: 321876
                                     Stern & Eisenberg, P.C.
                                     1581 Main Street, Suite 200
                                     The Shops at Valley Square
                                     Warrington, PA 18976
                                     djones@sterneisenberg.com
                                     Phone: 215-572-8111
                                     Fax: (215) 572-5025
                                     Counsel for Movant

**PrimeLending**
A PlainsCapital Company

PO Box 77404
Ewing, NJ 08628

EBONY DENDY
117 LINCOLN AVE
NORTH VERSAILLES PA 15137-1854

10/28/20
LOAN NO:         1839
www.PrimeLending.loanadministration.com
Customer Service 855-501-3027

Page 1 of 2

> **Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis.**

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT LOAN PAYMENT

| | | |
|---|---|---|
| Your present payment, 12/01/19 consists of: | Principal & Interest (P & I) | $623.84 |
| | Escrow Deposit | $502.15 |
| **Total Loan Payment** | | **$1,125.99** |

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| | | | | |
|---|---|---|---|---|
| Bills due in the upcoming year: | Mortgage Ins | $874.80 | | |
| | County Tax | $447.31 | | |
| | City Tax | $869.63 | | |
| | Taxes | $2,774.00 | | |
| | Hazard Ins | $909.00 | | |
| **Annual Disbursements:** | | **$5,874.74** | One-Twelfth/Monthly Amount: | **$489.57** |

### ACCOUNT HISTORY

This section is the actual activity that occurred between 10/19 through 12/19. It represents the period of time between the last analysis statement date and the last analysis effective date. Over this period, an additional $0.00 was deposited into your escrow account for interest on escrow.

| Month | Actual Escrow Payments | Actual Escrow Disbursements | Actual Escrow Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | -$3,744.07 |
| NOV 2019 | 1,004.30 | 73.97 | FHA MIP | -2,813.74 |
| DEC 2019 | 502.15 | 73.97 | FHA MIP | -2,385.56 |

The following statement of activity in your escrow account from 01/20 through 12/20 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $1,125.99 and $502.15 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

*** CONTINUED ON REVERSE SIDE ***

**S U R P L U S**



**CONTINUATION**

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $2,464.64 | -$2,385.56 |
| JAN 2020 | 484.76 | 502.15 * | 73.97 | * | FHA MIP | 2,875.43 | -1,883.41 |
| JAN 2020 | | | | 73.97 * | FHA MIP | 2,875.43 | -1,957.38 |
| FEB 2020 | 484.76 | 502.15 * | 73.97 | * | FHA MIP | 3,286.22 | -1,455.23 |
| FEB 2020 | | | | 73.97 * | FHA MIP | 3,286.22 | -1,529.20 |
| MAR 2020 | 484.76 | 502.15 * | 73.97 | * | FHA MIP | 3,697.01 | -1,027.05 |
| MAR 2020 | | | 530.75 | 447.31 * | R.E. TAX | 3,166.26 | -1,474.36 |
| MAR 2020 | | | | 73.97 * | FHA MIP | 3,166.26 | -1,548.33 |
| APR 2020 | 484.76 | * | 73.97 | * | FHA MIP | 3,577.05 | -1,548.33 |
| APR 2020 | | | | 73.97 * | FHA MIP | 3,577.05 | -1,622.30 |
| MAY 2020 | 484.76 | 502.15 * | 73.97 | 73.97 | FHA MIP | 3,987.84 | -1,194.12 |
| MAY 2020 | | | 869.63 | 869.63 | R.E. TAX | 3,118.21 | -2,063.75 |
| JUN 2020 | 484.76 | 502.15 * | 73.97 | * | FHA MIP | 3,529.00 | -1,561.60 |
| JUN 2020 | | | | 72.90 * | FHA MIP | 3,529.00 | -1,634.50 |
| JUL 2020 | 484.76 | 502.15 * | 73.97 | * | FHA MIP | 3,939.79 | -1,132.35 |
| JUL 2020 | | | | 72.90 * | FHA MIP | 3,939.79 | -1,205.25 |
| AUG 2020 | 484.76 | * | 73.97 | * | FHA MIP | 4,350.58 | -1,205.25 |
| AUG 2020 | | | 2,774.00 | 2,774.00 | SCHOOL TAX | 1,576.58 | -3,979.25 |
| AUG 2020 | | | 755.00 | 909.00 * | HAZARD INS | 821.58 | -4,888.25 |
| AUG 2020 | | | | 72.90 * | FHA MIP | 821.58 | -4,961.15 |
| SEP 2020 | 484.76 | 502.15 * | 73.97 | * | FHA MIP | 1,232.37 | -4,459.00 |
| SEP 2020 | | | | 72.90 * | FHA MIP | 1,232.37 | -4,531.90 |
| OCT 2020 | 484.76 | 5,851.90 E* | 73.97 | E* | FHA MIP | 1,643.16 | 1,320.00 |
| OCT 2020 | | | | 72.90 * | FHA MIP | 1,643.16 | 1,247.10 |
| NOV 2020 | 484.76 | 484.76 E | 73.97 | 72.90 E* | FHA MIP | 2,053.95 | 1,658.96 |
| DEC 2020 | 484.76 | 484.76 E | 73.97 | 72.90 E* | FHA MIP | 2,464.74 | 2,070.82 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable. The letter "E" beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $5,817.02. Under Federal Law, your lowest monthly balance should not have exceeded $821.58, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $821.58.

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 01/21 through 12/21 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $2,070.82 | $2,499.92 |
| JAN 2021 | 489.57 | 72.90 | FHA MIP | 2,487.49 | 2,916.59 |
| FEB 2021 | 489.57 | 72.90 | FHA MIP | 2,904.16 | 3,333.26 |
| MAR 2021 | 489.57 | 72.90 | FHA MIP | 3,320.83 | 3,749.93 |
| MAR 2021 | | 447.31 | R.E. TAX | 2,873.52 | 3,302.62 |
| APR 2021 | 489.57 | 72.90 | FHA MIP | 3,290.19 | 3,719.29 |
| MAY 2021 | 489.57 | 72.90 | FHA MIP | 3,706.86 | 4,135.96 |
| MAY 2021 | | 869.63 | R.E. TAX | 2,837.23 | 3,266.33 |
| JUN 2021 | 489.57 | 72.90 | FHA MIP | 3,253.90 | 3,683.00 |
| JUL 2021 | 489.57 | 72.90 | FHA MIP | 3,670.57 | 4,099.67 |
| AUG 2021 | 489.57 | 72.90 | FHA MIP | 4,087.24 | 4,516.34 |
| AUG 2021 | | 2,774.00 | SCHOOL TAX | 1,313.24 | 1,742.34 |
| AUG 2021 | | 909.00 | HAZARD INS | 404.24 | 833.34 |
| SEP 2021 | 489.57 | 72.90 | FHA MIP | 820.91 | 1,250.01 |
| OCT 2021 | 489.57 | 72.90 | FHA MIP | 1,237.58 | 1,666.68 |
| NOV 2021 | 489.57 | 72.90 | FHA MIP | 1,654.25 | 2,083.35 |
| DEC 2021 | 489.57 | 72.90 | FHA MIP | 2,070.92 | 2,500.02 |

**Your Projected Escrow Account Balance as of 12/31/20 is $2,070.82. Your Required Beginning Escrow Balance according to this analysis should be $2,499.92.**
This means you have a Surplus of $203.76. This surplus must be returned to you unless it is less than $15.00, in which case we have the additional option

*** CONTINUED ON NEXT PAGE ***

of keeping it and lowering your monthly payments accordingly. Due to the delinquent status of your account, however, we will retain your surplus. Once during this period, your Required Escrow Account Balance should be reduced to $833.34 as shown in August. This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## NEW LOAN PAYMENT

| Your new payment consists of: | Principal & Interest (P & I) | $623.84 |
|---|---|---|
|  | Escrow Deposit | $489.57 |
| **New Loan Payment** | **Beginning on January 1, 2021** | **$1,113.41** |

**Important Notes:**

**Automatic Draft Customers:** If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Customers:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis.

**Insurance Renewal/Changing Insurance Companies**: Upload proof of insurance coverage at www.MyCoverageInfo.com using PIN: CEN300.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow Analysis, please call our Customer Service Department at 855-501-3027.